UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., ) <br> THOMAS REED SIMMONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MERIDIAN SURGICAL PARTNERS, LLC; ) <br> MERIDIAN SURGICAL PARTNERS – ) <br> FLORIDA II LLC; MS HOLDING CO., INC.; ) <br> TREASURE COAST SURGERY CENTER, LLC; ) <br> TREASURE COAST SURGERY, INC.; ) <br> WILLIAM BYRON; ) <br> ANESTHESIA ADVANTAGE, INC.; ) <br> JOHN DOE ASCs A THOUGH Z, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 3:11-0439 <br> JUDGE CAMPBELL <br><br> **FILED UNDER SEAL** |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The Complaint shall be unsealed and served upon Defendants by the Relator;

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon Defendant, except for this Order and the United States' Notice of Election to Decline Intervention, which Relator will serve upon Defendant only after service of the Complaint;

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and

7. Should Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED

ENTERED this _____ day of _____, 2012.

_____
TODD J. CAMPBELL
United States District Judge