UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

> **ORDER:** Motion granted. The ICMC is reset to Feb. 25, 2013, at 1:30 pm.
>
> *E. Clifton Knowles*
> U.S. Magistrate Judge

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| *ex rel,* ) | |
| ) | |
| **THOMAS REED SIMMONS,** ) | Civil Action 3:11-cv-00439 |
| ) | |
| Relator, ) | |
| ) | Judge Campbell/Knowles |
| v. ) | |
| ) | |
| **MERIDIAN SURGICAL PARTNERS, LLC,** ) | |
| **et al** ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

Plaintiff and Defendants through counsel hereby jointly move to continue the Initial Case Management Conference from February 20, 2013 at 10:00 am to February 25, 2013 at 1:30 pm on grounds that counsel for Plaintiff has a pre-existing conflict which cannot be rescheduled. WHEREFORE, Plaintiff and Defendants respectfully request that the Initial Case Management Conference be rescheduled to February 25, 2013 at 1:30 pm.

Respectfully Submitted,

/s/ Michael Hamilton
Michael Hamilton
Tennessee Bar 10720
Provost & Umphrey, LLP
2021 Richard Jones Rd., Suite 300
Nashville, Tennessee 37215
615 242-0199
615 256-5922 (fax)
mhamilton@pulf.com

Jonathan Kroner
Florida Bar 328677
(admitted pro hac vice)
Jonathan Kroner Law Office
420 Lincoln Rd., Suite 248
Miami Beach, FL 33139
305 310-6046
JK@floridafalseclaim.com

Case 3:11-cv-00439   Document 41   Filed 01/08/13   Page 1 of 1 PageID #: 230