UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>*ex rel.* )<br>)<br>THOMAS REED SIMMONS, )<br>) Civil Case No. 3:11-CV-00439<br>Relator, )<br>) Judge Campbell<br>v. ) Magistrate Judge Knowles<br>)<br>MERIDIAN SURGICAL PARTNERS, LLC; ) Jury Trial Requested<br>MERIDIAN SURGICAL PARTNERS— )<br>FLORIDA II, LLC; MS HOLDING CO., INC.; )<br>TREASURE COAST SURGERY CENTER, )<br>LLC; BROOKSIDE SURGERY CENTER, )<br>LLC; CENTRAL ARKANSAS SURGICAL )<br>CENTER, LLC; CITY PLACE SURGERY )<br>CENTER, LLC; CLEBURNE SURGICAL )<br>CENTER, LLC; CORAL GABLES )<br>SURGERY CENTER, LLC; EASTWIND )<br>SURGICAL, LLC; FOOTHILL SURGERY )<br>CENTER, LLC; INSTITUTE FOR )<br>MINIMALLY INVASIVE SURGERY, LLC; )<br>LAUREL SURGICAL CENTER, LLC; )<br>MIRACLE HILLS SURGERY CENTER, )<br>LLC; NORTHWEST NEUROSPINE )<br>INSTITUTE, LLC; PHYSICIANS' )<br>SURGICAL CENTER, LLC; RIVERVIEW )<br>AMBULATORY SURGICAL CENTER; )<br>ST. LOUIS SPINE SURGERY CENTER; )<br>TWO RIVERS SURGICAL CENTER; and )<br>JOHN DOE CORPORATIONS A )<br>THROUGH P, )<br>)<br>Defendants. ) | |

**ORDER SETTING BRIEFING SCHEDULE**

The parties having agreed to the following schedule, **IT IS ORDERED THAT**:

Defendants shall file their motion to dismiss the Amended Complaint on or before February 13, 2013, Relator's opposition shall be due 21 days after the service of Defendants' motion, and Defendants' reply shall be due 14 days after the service of Relator's opposition.

It is so ORDERED:

_____
E. Clifton Knowles
United States Magistrate Judge


APPROVED FOR ENTRY:


/s/ William Michael Hamilton
William Michael Hamilton
Provost & Umphrey, LLP
2021 Richard Jones Rd., Suite 300
Nashville, Tennessee 37215
(615) 242-0199
(615) 256-5922 (fax)
mhamilton@pulf.com

Jonathan Kroner (admitted *pro hac vice*)
Jonathan Kroner Law Office
420 Lincoln Rd., Suite 248
Miami Beach, FL 33139
(305) 310-6046
JK@floridafalseclaim.com

Ross B. Brooks (admitted *pro hac vice*)
Sanford Heisler LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
(646) 402-5668
rbrooks@sanfordheisler.com

*Attorneys for Plaintiff-Relator*