# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Case No. 3:11-CV-00439 |
| *ex rel.* | ) |
| | ) Judge Campbell |
| THOMAS REED SIMMONS | ) Magistrate Judge Knowles |
| | ) |
| Relator, | ) Jury Trial Requested |
| v. | ) |
| | ) |
| MERIDIAN SURGICAL PARTNERS, LLC; | ) |
| MERIDIAN SURGICAL PARTNERS--- | ) |
| FLORIDA II, LLC; MS HOLDING CO.,INC.; | ) |
| TREASURE COAST SURGERY CENTER | ) |
| LLC; BROOKSIDE SURGERY CENTER, LLC; | ) |
| CENTRAL ARKANSAS SURGICAL CENTER | ) |
| LLC; CITY PLACE SURGERY CENTER, | ) |
| LLC.; CLEBURNE SURGICAL CENTER, | ) |
| LLC; CORAL GABLES SURGERY CENTER | ) |
| LLC; EASTWIND SURGICAL, LLC | ) |
| FOOTHILL SURGERY CENTER, LLC; | ) |
| INSTITUE FOR MINIMALLY INVASIVE | ) |
| SURGERY, LLC: LAUREL SURGICAL | ) |
| CENTER, LLC: MIRACLE HILLS SURGERY | ) |
| CENTER, LLC; NORTHWEST NEUROSPINE | ) |
| INSTITUTE, LLC; PHYSICIANS' SURGICAL | ) |
| CENTER, LLC; RIVERVIEW | ) |
| AMBULATORY SURGICAL CENTER | ) |
| ST. LOUIS SPINE SURGERY CENTER; | ) |
| TWO RIVERS SURGICAL CENTER; and | ) |
| JOHN DOE CORPORATIONS A | ) |
| THROUGH P. | ) |
| | ) |
| Defendants. | ) |

## ORDER SETTING BRIEFING SCHEDULE

The parties having agreed to the following briefing schedule on Defendants' Motion to Dismiss, **IT IS ORDERED THAT:**

Relator's Opposition to Defendants' Motion to Dismiss shall be due March 18, 2013 and Defendants' Reply shall be due April 8, 2013.

**IT IS SO ORDERED:**

_____
**E. Clifton Knowles**
**United States Magistrate Judge**

APPROVED FOR ENTRY:

/s/Michael Hamilton
Michael Hamilton
Provost Umphrey Law Firm LLP
2021 Richard Jones Road, Suite 300
Nashville, Tennessee 37215
(615) 242-0199
(615) 256-5922 (fax)
mhamilton@pulf.com

Jonathan Kroner (admitted *pro hac vice*)
Jonathan Kroner Law Office
420 Lincoln Rd., Suite 248
Miami Beach, FL 33139
(305) 310-6046
JK@floridafalseclaims.com

Ross B. Brooks (admitted *pro hac vice*)
Sanford Heisler LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
(646) 402-5668
rbrooks@sanfordheisler.com

*Attorneys for Plaintiff-Relator*