IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| ex rel. THOMAS REED SIMMONS | ) |
|  | ) NO. 3-11-0439 |
| v. | ) JUDGE CAMPBELL |
|  | ) |
| MERIDIAN SURGICAL PARTNERS, | ) |
| LLC, et al. | ) |

ORDER

Pending before the Court is a Motion for Withdrawal as Counsel of Record (Docket No. 61), filed by Matthew M. Curley, one of the attorneys for Defendants herein. The Motion is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE