IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| ex rel. THOMAS REED SIMMONS | ) |
| | ) NO. 3-11-0439 |
| v. | ) JUDGE CAMPBELL |
| | ) |
| MERIDIAN SURGICAL PARTNERS, | ) |
| LLC, et al. | ) |

ORDER

Pending before the Court is Defendants' Motion to Dismiss Amended Complaint (Docket No. 50). For the reasons stated in the accompanying Memorandum, Defendants' Motion is GRANTED in part and DENIED in part. Plaintiff's claims against all Defendants *except* Meridian Surgical Partners, LLC, Meridian Surgical Partners - Florida II, LLC, MS Holding Co., Inc. and Treasure Coast Surgery Center, LLC are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE