IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| ex rel. THOMAS REED SIMMONS | ) |
| | ) NO. 3-11-0439 |
| v. | ) JUDGE CAMPBELL |
| | ) |
| MERIDIAN SURGICAL PARTNERS, | ) |
| LLC, et al. | ) |

ORDER

Pending before the Court is Plaintiff-Relator's Motion to Reschedule Trial (Docket No. 72).

The Motion is DENIED as premature.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE