IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA,              )
ex rel. THOMAS REED SIMMONS            )
                                        ) NO. 3-11-0439
v.                                      ) JUDGE CAMPBELL
                                        )
MERIDIAN SURGICAL PARTNERS,            )
LLC, et al.                            )


ORDER


Pending before the Court is Plaintiff-Relator's Motion to Adjourn Pending Deadlines and

Continue the Trial Date (Docket No. 84). Plaintiff-Relator actually seeks to extend, not adjourn, the

pending deadlines. Whether the trial is continued depends upon the Magistrate Judge's ruling on

extending the other pending deadlines.

Therefore, this Motion is referred to the Magistrate Judge, who shall consider it and

Defendant's Response (Docket No. 87) and make any needed adjustments in the pending deadlines.

The jury trial of this action remains set for May 6, 2014, and the pretrial conference remains set for

April 28, 2014, unless and until the Magistrate Judge recommends that they be continued.

IT IS SO ORDERED.


                                        _____Todd Campbell_____
                                        TODD J. CAMPBELL
                                        UNITED STATES DISTRICT JUDGE