UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. | ) | |
| THOMAS REED SIMMONS | ) | |
| | ) | |
| v. | ) | NO. 3:11-0439 |
| | ) | JUDGE CAMPBELL |
| MERIDIAN SURGICAL PARTNERS LLC, et al. | ) | |

ORDER

Pending before the Court is a Motion for Stay Because of Lapse of Appropriations (Docket No. 95). The Motion is MOOT.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE