IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| ex rel. THOMAS REED SIMMONS | ) |
| | ) NO. 3-11-0439 |
| v. | ) JUDGE CAMPBELL |
| | ) |
| MERIDIAN SURGICAL PARTNERS, | ) |
| LLC, et al. | ) |

ORDER

Pending before the Court is Defendants' Unopposed Motion for Leave to File Reply Memorandum in Support of Their Motion to Exclude the Expert Report and Testimony of Kathleen McNamara (Docket No. 144). The Motion is GRANTED. Defendants may file their Reply by May 20, 2014.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE