IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| ex rel. THOMAS REED SIMMONS | ) |
| | ) NO. 3-11-0439 |
| v. | ) JUDGE CAMPBELL |
| | ) |
| MERIDIAN SURGICAL PARTNERS, | ) |
| LLC, et al. | ) |

ORDER

Pending before the Court are Defendants' Motion to Exclude the Expert Report and Testimony of Kathleen McNamara (Docket No. 115) and Relator's Motion for Oral Argument and Hearing (Docket No. 143). For the reasons stated in the accompanying Memorandum, Defendants' Motion to Exclude is DENIED, and Relator's Motion for Oral Argument and Hearing is moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE