IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| ex rel. THOMAS REED SIMMONS | ) |
| | ) NO. 3-11-0439 |
| v. | ) JUDGE CAMPBELL |
| | ) |
| MERIDIAN SURGICAL PARTNERS, | ) |
| LLC, et al. | ) |

ORDER

Pending before the Court is a Joint Motion for a Stay of Deadlines and Ruling on Pending Motions to Permit the Parties to Finalize Settlement (Docket No. 150). The Motion is GRANTED. The parties shall promptly notify the Court when they have finalized a settlement but, in any event, shall file a report on the status of the case by July 15, 2014.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE