UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., ) <br> THOMAS REED SIMMONS, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MERIDIAN SURGICAL PARTNERS, LLC; ) <br> MERIDIAN SURGICAL PARTNERS – ) <br> FLORIDA II LLC; MS HOLDING CO., INC.; ) <br> TREASURE COAST SURGERY CENTER, LLC; ) <br> TREASURE COAST SURGERY, INC.; ) <br> WILLIAM BYRON; ) <br> ANESTHESIA ADVANTAGE, INC.; ) <br> JOHN DOE ASCs A THOUGH Z, ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. 3:11-0439 <br> JUDGE CAMPBELL |

**CONSENT OF THE UNITED STATES OF AMERICA
TO DISMISSAL OF THE ACTION PURSUANT TO 31 U.S.C. § 3730(b)(1)**

Pursuant to 31 U.S.C. § 3730(b)(1), the United States hereby consents to the dismissal of the above-captioned *qui tam* action with prejudice to Relator and without prejudice to the United States, as set forth in the Joint Stipulation of Dismissal filed by the parties.

                                                Respectfully submitted,

                                                JOYCE BRANDA
                                                Acting Assistant Attorney General

                                                MARK H. WILDASIN
                                                Acting Under Authority Conferred
                                                By 28 U.S.C. § 515

                                                s/ Christopher C. Sabis
                                                CHRISTOPHER C. SABIS (BPR No. 030032)
                                                Assistant United States Attorney
                                                United States Attorney's Office
                                                110 Ninth Avenue South, Suite A-961
                                                Nashville, Tennessee 37203
                                                Phone: (615) 736-5151
                                                Fax: (615) 401-6626
                                                Email: Christopher.Sabis@usdoj.gov

MICHAEL D. GRANSTON
TRACY L. HILMER
LAURIE A. OBEREMBT
Attorneys, Civil Division
U.S. Department of Justice
601 D Street, N.W.
Washington, DC 20530
Telephone: (202) 514-3345
Fax: (202) 616-3085

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been served via the Court's electronic filing system, this 12th day of September 2014, upon:

W. Michael Hamilton
Provost, Umphrey Law Firm, LLP
2021 Richard Jones Road, Suite 300
Nashville, TN 37215

Jonathan Kroner
Jonathan Kroner Law Office
420 Lincoln Road, Suite 248
Miami Beach, FL 33139

Ross B. Brooks
Michael Palmer
Sanford Heisler, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019

Brian Roark
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201

s/Christopher C. Sabis
CHRISTOPHER C. SABIS